## G. W. Farrand, Appellant, v. Chicago, Milwaukee & St. Paul Railway Company, Appellee.

### Gen. No. 23,509.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENIS W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918. Rehearing denied May 24, 1918.

## Statement of the Case.

Action by G. W. Farrand, plaintiff, against Chicago, Milwaukee & St. Paul Railway Company, defendant, to recover for damage to a shipment of hogs. From a judgment for defendant, plaintiff appeals.

STEWART REED BROWN, for appellant.

J. N. DAVIS and JULIUS M. LORENZ, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

CARRIERS, § 248*—*when negligence in causing freezing of hogs in transit is not shown.* In an action against a carrier for injury to a shipment of hogs, some of which were frozen in transit, evidence *held* to sustain a finding that no negligence on the part of defendant was shown, the damage being due to the intense cold which prevailed at the time and to delays in transit caused by the inclemency of the weather, and over which defendant had no control, and plaintiff having contributed in part by not furnishing more corn and straw to the stock while in transit, he having accompanied the shipment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.